**FILED**

MAY 1 9 2017

Clerk, U.S. District and
Bankruptcy Courts

Copies to: Judge
AUSA - Special Proceedings
Dft.

*Let this be filed.
Motion for Early
Termination*
*6/3/17*

The Honorable Colleen Kollar-Kotelly   *(P.M Colly )*
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001                    *10-cr-128*

April 10, 2017

Your Honor:

Not once in the 67 years of my life have my fingers tremble as they do now. My fear is not for my fate. My overwhelming concern is for my *precious wife.*

In 2010 you sentenced me to a 72 month prison term for mail fraud. This was to be followed by 36 months of Supervised Release. My name is Kenneth Lane Milstead. In the wisdom of hindsight I deserved every day that your judgment then deemed necessary. When I was released from prison on July 30, 2015, I was forced to return to my sentencing district which is Washington, DC. I am from Atlanta, GA. You even graciously approached the Northern District of GA on my behalf to attempt to relocate me there prior to my release. They refused. They have also turned aside 2 attempts by the Probation Office in DC to have jurisdiction transferred to the Atlanta office.

My wife Paula. We were married last June in Cobb County, GA where my wife has a residence. Because I worked with my wife the main reason for being in Georgia was to help her. We were totally devastated to learn in October 2016 that my wife has Stage 3 breast cancer. She has already endured a mastectomy and is now moving through chemo-therapy. (All the validations of her condition can be readily provided should you require them). The challenges are almost overwhelming on several

fronts (especially the upfront, large insurance deductibles). She is soon to endure the phases of chemo and radiation that will leave her strengthless for extended periods of time. She will not be permitted to drive after enduring the treatments. If allowed, I will have to take her to and from the doctors and carry the main work-load (a new on-line clothing store). Thousands of dollars have been laid out for inventory. Credit cards have been maxed and extended in preparation for the product rollout.

Up until presently the Probation Office in Washington has worked wonderfully with us. I have been allowed to stay in Atlanta (almost a year now) and help my wife. She has *NO ONE ELSE TO ASSIST HER.* She has 2 daughters about an hour away. Their ages are 15 and 17. One is too young to drive by herself; the other is finishing up high-school. Neither can just show up to help. My precious wife has to constantly take strong pain meds and other prescriptions to help her deal with all that is flowing through her mind and body (and now a just received bone scan defines that there *may* be additional problems with one of her breast bones and in the esophageal area). Recently I was told that I had to return to and reside in DC until I was off paper (I have done approximately 21 months of the 36 you included as part of my sentence). I was informed that I was not being effectively supervised in Atlanta. Ms. Landon (whom I deeply appreciate), my probation officer in DC, said that she had received several calls from entities voicing complaints about me...one source was from an imposing relative and another who retains something that is rightfully mine---an 18″ X 24″ portrait which I drew while incarcerated and asked her to keep until I was released. It apparently has been destroyed. I have attached a copy which I think effectively illustrates its value to me). There is also an incident which occurred in our home. I was very tired and sat down with a glass of wine. I completely forgot that I had

taken a prescribed 150 mg medication called Trazodone. It is ordered for insomnia. At that milligram level it absolutely cannot be crossed with alcohol---not even a beer. In just a few minutes I was totally out. Paula rightfully became concerned because I was non-responsive. Out of her love for me she reached out to emergency services. I think this was also related to the DC Probation Office. I could have easily died. I have never used drugs for any recreational purpose...not even smoked Marijuana. I have been prescribed several medications...for high blood pressure, heart rate, gout, etc.

Your Honor, please forgive my verbal discords. I guess I am pleading with you to make it possible for me to be with my wife in GA. She cannot move with me to DC. We cannot afford the cost of living here and her health insurance is only good in the state of GA. We just had to pay for my one way ticket to DC which, because of the short interval given me to arrive, cost us nearly $500. I have no housing in DC. I have a total of $679.00 to my name of which I will pay $250.00 for my monthly restitution. Please help me to be with my precious wife. I know that ultimately I have only myself to blame---consequences of actions. I can live on the streets in DC if I have too. But darling Paula cannot live on her own in the condition she is in. Even if I have to be put on ankle monitoring to live with her, PLEASE let me do so so that I can be there for her. I am seeking your immediate mercy.

Thank you,

Kenneth Milstead

