# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CRIMINAL NO.  10-cr-128 |
| v. | : |
| | : |
| KENNETH LANE MILSTEAD | : |
|    a.k.a. FRANKLIN LANE | : |
|    a.k.a. LANCE EDWARDS | : |
|    a.k.a. KENNETH LOUIS MARTIN, | : |
| | ; |
|    Defendant. | : |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Denise A. Simmonds is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 447889

By:      /s/
Denise A. Simmonds
Assistant United States Attorney
DC Bar No. 437960
denise.simmonds@usdoj.gov
Fraud & Public Corruption Section
555 Fourth Street, NW, Room 5229
Washington, D.C.  20530
(202) 252-7284