*Your Honor*
*Something I recently wrote regarding the*
*Place I am having to reside at.  Kenneth L. Milstead*

*CR 10-128*

### If I were Satan's Architect I would pattern Hell after Catholic Charities' DC shelters.

*Let this be filed*
*10-128*
*Motion for*
*Change in*
*Release*
*Conditions*
*RMCollyer*
*6/23/17*

I have been living at Catholic Charities' (C.C.) New York Avenue men's shelter for 6 weeks now. It could be an additional ring to Dante's <u>Inferno.</u> The fact that a church has attached its name to it is oxymoronic to what Christ admonished regarding the poor*. It is also incredibly sad and poignantly defining.

Each evening at 7 pm the back door is opened to let societies' misfortuned in. We are in 3 lines totalling 200-300 persons. While standing in line the closure of some of DC's mental institutions is readily apparent. There are the self-conversationalists, arm and hand wavers to sights seen and unseen, thumbs-in-ear panominers, dancers to mind songs, the garbage bag clothed, the alcohol ravaged (many drinking within staff's sight), the K-2 inhalers, and heavy-eyed pot infusers. What is amazing is that the security staff on hand allows this to happen. Most of them choose to glance askance; other security and C.C. Staffers laugh mockingly at these twice challenged souls. Next everyone has to endure the torturous process of gaining entry into the "hope" facility. This can take 2-3 hours with no provided relief from inclement weather (a nearby wooden pavilion will shelter 50 at the most).The air reeks of urine. Numerous men relieve themselves in an any nook and cranny available. No inside facilities are provided prior to check-in.  We are processed 10 at a time by Styx's boatman. There are the necessary arduous body and personal possessions screenings. Once inside a bed is assigned (where a head count is totalled for submission for various government grants) and a minimum meal served. A single sheet is provided on a first come first serve basis. Many do not receive even this most basic covering. An equivalent of 3 paper towels is given to the first fortunate ones to use to dry off after showering or hand-washing. Seldom is there cool provided in the heat; heat relief in the cold. A dorm area is assigned to each person. It is here that the parallel to a lower world bears a semblance for comparison. Fiendish roaches scurry from the light. I woke one evening and found 3 of these on my bed sheet. They climb the walls at will and traverse familiar paths on the floors. The boldest ones will challengingly dart across the bathroom mirrors while one washes one's face. Mice have free reign. The showers provided encourage squalidiness. Many simply do not work (the pipes are dry in Hell also). The hot water that does flow is from tanks too small to handle the needs of the showers. Toilets are perpetually filthy (some left so by the hired day-sanitizers; others made so by the residents).  Even the basic need for toilet paper is often neglected. Hand sanitizer units throughout the facility or either in disrepair or empty. The urinals in one of the bathroom areas have been stopped up for 6 days running (or not); urines brimming to its edges and their odors filling nearby resident consciously experience the vinyl beddings are never wiped down. They are

RECEIVED
MAY 18 2017
CHAMBERS OF
JUDGE KCTELLY

FILED
MAY 25 2017
Clerk, U.S. District and
Bankruptcy Courts

Contagion's gardens. Each night without fail shouting altercations (or worse) occur between the seeming insane or their sane counterparts who have burst through their tolerance capacities. Such disruptions usually center around malodorous body parts. Body odors are such a problem that some individuals carry cheap cologne on their persons to fumigate when shoes and clothings are removed. I have about emptied my Pollo bottle from another life. This place is inherently dangerous (the DC Police arrive on a regular basis). The staff is either unaware of such conflicts or simply refuse to get involved (cameras are everywhere but this has little effect if its screen watchers are asleep [which I have observed] or involved in non-duty conversations). Sleep at night is erratic. Often one awakes to loud laughter coming from a disturbed mind or the wailing of one whose hope has vanished even in his dreams. Cigarette and marijuana smoke and their residual odors mask the air in all of the unpatrolled dorm restrooms.

Support programs are virtually non-existent. Since being there only one such has been provided. It was for housing vouchers. Of course this offers no immediate relief. The waiting list and times for such securement are legendary among the truly needy. Few took the offers seriously. The bulletin boards are filled with outdated Catholic promotions. No job training or employment opportunites have been publicized.

Catholic Charities promote in their literature and on their web site that they "...strengthen the lives of all in need by giving help that empowers and hope that last.... We remain committed to the poor, especially the homeless,...and persons with mental and developmental disabilities. We will help individuals and families move from crisis and isolation to stability and growth. We will be accessible to those in need through comprehensive, integrated and culturally competent services. We will help all who want to get and hold a job to do so." I live in the midst of these proclamations. From my experience  they are hangers without clothes.

I would suggest that some of the contributors at the annual Catholic Charities' Gala and members of Congress who provide much of the funding for Catholic Charities do this. Put aside you clothing fineries and apparel yourselves in some old jeans and rumpled sweatshirts. Clasp the handle of some used luggage and head to the back doors of Catholic Charities' shelters. Stand in line and see and smell. Go through the intake process and observe. Sleep among what your dollars do not provide. Maybe after such your Louis Vuitton clad checkbooks and congressional coiffures would not be so readily opened without some major overhaul of the financial accountability of the dollars you provide. So much good could be done if only those who bear the name of Christ actually followed the words and lived the life of Christ. My faith has been negatively tested by an organization who says they "...expect uncompromising integrity in all that we do."

*Matt. 19:21; Luke 18:22