UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 10-128 (RMC) |
| KENNETH MILSTEAD, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

On May 3, 2017, the Court received a letter from Mr. Kenneth Milstead, which the Court construed as a motion for early termination of his supervised release. *See* Def.'s Mot. for Early Termination of Supervised Release [Dkt. 32]. On May 25, 2017, the Court received a second letter from Mr. Milstead, which the Court construed as a motion for change in Mr. Milstead's release conditions. *See* Def.'s Mot. for Change in Release Conditions [Dkt. 35].

Mr. Milstead was convicted in this District, and is therefore obligated to serve his term of supervised release here. In the past, he has requested that his supervision be transferred to the Northern District of Georgia, where he has a greater number of personal ties. The Probation Office in the Northern District of Georgia has refused these transfer requests, citing, among other factors, a lack of acceptably stable living arrangements. Pending these transfer requests, this District's Probation Office has allowed him to serve his supervised release in Georgia while being supervised remotely. However, the Probation Office recalled Mr. Milstead to this District on April 5, 2017, after the Northern District of Georgia's Probation Office denied Mr. Milstead's second transfer request.

Mr. Milstead now, through both motions, ultimately requests that he be allowed to return to Georgia, where he has more contacts, either through the termination of his release

1

conditions or through some other arrangement.  However, after conferring with the Probation Office, the Court has concerns about the stability of Mr. Milstead's living arrangements in Georgia.  The Court concludes that, until Mr. Milstead is able to demonstrate to the satisfaction of the this District's Probation Office that he can maintain stable living arrangements in Georgia, early termination of Mr. Milstead's supervision is not warranted.  He remains free to bring a renewed motion in the event that these circumstances change.

Accordingly, the Court **DENIES** Defendant's Motion for Early Termination of Supervised Release [Dkt. 32] and Defendant's Motion for Change in Release Conditions [Dkt. 35] without prejudice.

Date: June 1, 2017                                                    /s/                         
                                                               ROSEMARY M. COLLYER
                                                               United States District Judge